ROMEO GUILLION, Appellant, v. SHEFFIELD FARMS COMPANY, INC., Defendant, and MARTIN MITTLEMARK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of JEWISH MENTAL HEALTH SOCIETY, Appellant, for a Mandamus Order against VILLAGE OF HASTINGS and Others, Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of SAMUEL PEARLMAN, Clerk of the Municipal Court, Borough of Brooklyn, City of New York, Sixth District.— Proceeding for the removal of a clerk of the Municipal Court of the City of New York. Petition for respondent's removal denied and proceeding dismissed. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

BALDWIN CATTLE DEALERS, INC., Respondent, v. ROBERT A. KNECHT and Another, Appellants.— Action to recover balance due on the sale of cattle by plaintiff to defendants. Appeal by defendants from judgment in favor of the plaintiff. Judgment reversed on the facts and a new trial granted, costs to abide the event, on the ground that the verdict is against the weight of the evidence. The guaranty testified to by defendant Robert A. Knecht was not disputed by Kalenberg, president of the plaintiff, although he was in court at the trial. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

MARY A. BATCHELDER, Plaintiff, v. LILLIAN N. S. BRUCE and Others, Defendants. DENNIS S. REGAN, Receiver, Respondent; JAMES N. REILLY, Tenant, Appellant.— Order dated January 8, 1935, made by Mr. Justice Adel, denying a motion to vacate an order dated December 18, 1934, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

RUTH BELLER, Appellant, v. THE CITY OF NEW YORK, Respondent, and Others, Defendants.— Action for personal injuries sustained by plaintiff when she fell on a concrete sidewalk on the east side of Fourth avenue, near Fiftieth street, in Brooklyn, by reason of a depression in the walk, four inches in depth, caused when "the subway fill settled," about a year before the accident. Judgment in favor of defendant The City of New York and order denying plaintiff's motion to set aside the verdict and for a new trial reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event. In our opinion, the exclusion of the testimony of the witness Linah, as to what happened to her in September, 1929, at the place of plaintiff's accident, the rulings of the court in respect thereto at folios 213, 214 and 216, and the charge of the court at folios 411 and 412 in reference to the difference of four inches in the elevation of the concrete "flags" were prejudicial errors. It was for the jury to determine whether the condition was such that the city authorities should have anticipated that such an accident might happen. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.